# UNITED STATES DISTRICT COURT

Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT |
| | on a Motion pursuant to |
| Plaintiff, | 28 U.S.C. § 2255 |
| v. | Case No.: 09-cv-222-bbc |
| | 03-cr-81-jcs |
| LUIS M. NARVAEZ, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

PETER OPPENEER
_____
**Peter Oppeneer, Acting Clerk**

/s/ M. Hardin                                                                   5/12/09
_____                               _____
**by Deputy Clerk**                                                              Date